■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOLLIS HOSEAR, Appellant. [21 NYS3d 611]—

Order, Supreme Court, New York County (Thomas Farber, J.), entered on or about March 7, 2014, which adjudicated defendant a level two sexually violent predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously modified, as a matter of discretion in the interest of justice, to the extent of remanding for a further hearing on defendant's request for a downward departure, and otherwise affirmed, without costs.

The court properly assessed defendant 10 points under the risk factor for forcible compulsion. Defendant, taking advantage of a crowded subway car, pressed up against a trapped victim, moved his penis against her buttocks, breathed heavily and made loud noises over the course of several minutes, in a manner that caused her to be aware that she was being sexually assaulted and too scared to say anything. Although there was insufficient evidence of forcible compulsion by physical force (*see People v Mack*, 18 NY3d 929 [2012]), the evidence was sufficient to show forcible compulsion by an implied threat that placed the victim in fear of physical injury.

However, defendant proved, by a preponderance of the evidence, mitigating circumstances related to his debilitating medical condition (*see People v Stevens*, 55 AD3d 892 [2d Dept 2008]). We remand the matter for a further hearing with respect to his current medical condition and future prognosis, given the concern that defendant could recover his capability of reoffending. Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.